IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 22-00465-MCF13 |
|---|---|
| REINALDO FLORES COLON | Chapter 13 |
| xx-xx-3458 | |
| Debtor(s) | FILED & ENTERED ON MAR/23/2022 |

ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: Motion to Excuse Filing of Unable Payment Advices, filed by debtor, docket #10.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of March, 2022.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge